| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Firstox Laboratories, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **23-42095** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim – Total claim, if partially secured | Amount of claim – Deduction for value of collateral or setoff | Amount of claim – Unsecured claim |
|---|---|---|---|---|---|---|
| AB Sciex LLC<br>62510 Collections Center Drive<br>Chicago, IL 60693 | | | | | | $79,041.78 |
| AIT Labs<br>PO Box 638733<br>Cincinnati, OH 45263 | | | | | | $11,750.00 |
| Ansafone Contact Centers<br>PO Box 2214<br>Ocala, FL 34478 | | | | | | $3,467.41 |
| Christus Health<br>PO Box 848024<br>Dallas, TX 75284 | | | | | | $1,413.08 |
| College of American Pathologists<br>325 Waukegan Road<br>Northfield, IL 60093-2750 | | | | | | $8,620.25 |
| Coronis Health<br>PO Box 790372<br>Saint Louis, MO 63179 | | | | | | $115,163.39 |
| CPL - Austin<br>PO Box 141669<br>Austin, TX 78714 | | | | | | $52,652.71 |
| CPL - East<br>PO Box 141669<br>Austin, TX 78714 | | | | | | $2,924.78 |
| Cyret<br>10687 Gaskins Way, Suite 200<br>Manassas, VA 20109 | | | | | | $13,400.00 |

Debtor **Firstox Laboratories, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ELGA LabWater, LLC<br>5 Earl Court, Unit 100<br>Woodridge, IL 60517 | | | | | | $5,297.07 |
| HCA Houston Healthcare Northwest<br>PO Box 744317<br>Atlanta, GA 30374 | | | | | | $1,527.50 |
| Indigo BioAutomation Inc.<br>385 City Center Drive<br>Suite 200<br>Carmel, IN 46032 | | | | | | $3,580.37 |
| Linde Gas & Equipment Dept 0812<br>PO Box 120812<br>Dallas, TX 75312 | | | | | | $11,177.36 |
| McKesson Medical Surgical<br>9954 Mayland Drive, Suite 4000<br>Henrico, VA 23233 | | | | | | $12,224.94 |
| Medix<br>7839 Solution Center<br>Chicago, IL 60677 | | | | | | $1,530.42 |
| Medsphere Systems Corporation<br>1220 E 7800 S FL 3<br>Sandy, UT 84094 | | | | | | $12,112.21 |
| Practice Fusion<br>305 Church at North Hills Street<br>Raleigh, NC 27609 | | | | | | $1,701.90 |
| RedAway LLC<br>990 Security Row<br>Suite 102<br>Richardson, TX 75080 | | | | | | $2,270.19 |
| Sethi Laboratories LLC<br>4101 Ross Avenue, Suite 100<br>Dallas, TX 75204 | | | | | | $670,750.00 |
| StratusDX<br>12300 Ford Rd., Suite 403B<br>Gilbert, AZ 85234 | | | | | | $4,200.00 |

**Fill in this information to identify the case:**

Debtor name: **Firstox Laboratories, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **23-42095**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 20, 2023**

X _/s/ John Michael Cataldi_
Signature of individual signing on behalf of debtor

**John Michael Cataldi**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors