**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **In re:**<br><br>**FIRSTOX LABORATORIES, LLC,** *et al.*,[1]<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 23-42095-elm11**<br><br>**(Jointly Administered)** |

**ORDER GRANTING MOTION TO WAIVE
LOCAL COUNSEL REQUIREMENT UNDER LOCAL RULE 2090-4**

Before the Court is the *Motion to Waive Local Counsel Requirement Under Local Rule 2090-4* [Docket No. ___] (the "Motion") filed by counsel to The Huntington National Bank. The Court having reviewed the Motion and finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that just cause exists for the relief granted herein; and the Court being otherwise fully advised of the premises;

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Firstox Laboratories, LLC (0939), and Premier Medical, Inc. (4502).

WBD (US) 63600474v1

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Motion is GRANTED pursuant to the terms of this Order.

2.  The Huntington National Bank may proceed without local counsel as defined by Rule 2090-4 of Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas and Todd A. Atkinson of WBD may act as local counsel in this case.

# # # END OF ORDER # # # #

**Prepared by:**

Todd A. Atkinson (TX Bar No. 24121426)
WOMBLE BOND DICKINSON (US) LLP
811 Main Street, Suite 3130
Houston, Texas 77002
Telephone: (346) 998-7801
Facsimile: (346) 998-5901
Email: todd.atkinson@wbd-us.com